# Third District Court of Appeal

## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1767
Lower Tribunal Nos. 13200010782FC,
CS 2001412179, DOAH 20-004273-CS

_____

**Antorius Curtis,**

Appellant,

vs.

**Department of Revenue, et al.,**

Appellees.

An Appeal from the State of Florida Department of Revenue.

Antorius Curtis, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before LOGUE, HENDON, and GORDO, JJ.

HENDON, J.

Based on the Department of Revenue's partial confession of error, we reverse that portion of the Final Administrative Paternity and Support Order, Child Support Guidelines Worksheet, and Income Deduction Order, and remand to the trial court for determination of Curtis's gross monthly income and to make any adjustments in child support if necessary. We affirm the remainder of the trial court's rulings.

Affirmed in part, reversed and remanded in part.